BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2918

FILED

MAY 19 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-227 KJM |
| Plaintiff, | **ORDER TO SEAL** |
| v. | **(Under Seal)** |
| DAMIAN RASHEED LAW, | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Todd D. Leras to seal the indictment, and this Order, in the above-referenced case, shall be sealed until further order of this Court.

DATED: May  19 , 2011

_Dale A. Drozd_
DALE A. DROZD
United States Magistrate Judge