1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

**FILED**

MAY 2 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

# SEALED

8        IN THE UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,          )
                                       )
12          Plaintiff,                 )   D.C. NO. 2:11-CR-227 KJM
                                       )
13      v.                             )   APPLICATION AND ORDER
                                       )   FOR UNSEALING INDICTMENT
14  DAMIAN RASHEED LAW,                )
                                       )
15          Defendant.                 )
    _____)

17      On May 26, 2011, the indictment was filed in the above-

18  referenced case.  Since the defendant has now been arrested, it is

19  no longer necessary for the indictment to be sealed.  The government

20  respectfully requests that the indictment be unsealed.

21  DATED: May 23, 2011                Respectfully submitted,

22                                     BENJAMIN B. WAGNER
                                       United States Attorney
23
                                   By: _____
24                                     TODD D. LERAS
                                       Assistant U.S. Attorney
25
                                   ORDER
26  SO ORDERED:

27  DATED: May 23, 2011            _____
                                   HON. KENNETH J. NEWMAN
28                                 U.S. Magistrate Judge

1