```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAMIAN RASHEED LAW,<br><br>　　　　　Defendant. | No. 2:11-cr-00227 KJM<br><br>STIPULATION AND ORDER TO SET MOTION HEARING ON SEPTEMBER 1, 2011, AT 10:00 A.M., TOGETHER WITH BRIEFING SCHEDULE<br><br>Date:　June 23, 2011<br>Time:　10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

　　　THE PARTIES STIPULATE, through counsel, Todd D. Leras, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Damian Rasheed Law, that the Court should vacate the status conference scheduled for June 23, 2011, at 10:00 a.m., and reset this case for hearing defendant's motions on September 1, 2011, at 10:00 a.m.

　　　Counsel agree that: the defendant will file motions on or before July 21, 2011; the government will respond on or before August 18, 2011; and the defendant may reply on or before August 25, 2011.

　　　The parties also stipulate that the Court should exclude the period from the date of this order through September 1, 2011, when it computes the time within which the trial of the above criminal

1

prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Law's request for time to file motions outweighs the best interest of the public and Mr. Law in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4), and § 3161(h)(1)(D) (Local Code E).

Dated: June 21, 2011          Respectfully submitted,

                              DANIEL BRODERICK
                              Federal Defender

                              /s/ M.Petrik
                              _____
                              MICHAEL PETRIK, Jr.
                              Assistant Federal Defender

Dated: June 21, 2011          BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ M.Petrik for
                              _____
                              TODD D. LERAS
                              Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The status conference set for June 23, 2011 is vacated. The parties briefing schedule above is adopted and a motion hearing is set for September 1, 2011, at 10:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting defendant time to file motions outweighs the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through September 1, 2011, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and 3161(h)(1)(D).

DATED:  June 22, 2011.

_____
UNITED STATES DISTRICT JUDGE