UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-0227 KJM |
| Plaintiff, | |
| v. | ORDER |
| DAMIAN RASHEED LAW, | |
| Defendant. | |

The attached document is the Statement of Reason (SOR) form not typically filed on the court's docket. It is filed here as the court references it in an order that is forthcoming. It is filed under seal as recommended by the Administrative Office of the United States Courts (AO) to protect potentially confidential information. *See* Statement of Reasons for Use in Reporting Sentencing Decisions at 5 (AO Oct. 2005).

DATED: March 5, 2018.

_____
UNITED STATES DISTRICT JUDGE

1