| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:11-cr-0227 KJM |
| Plaintiff, | ORDER |
| v. | |
| DAMIAN LAW, | |
| Defendant. | |

On March 29, 2018, defendant Damian Law filed a notice that he is appealing the court's March 8, 2018 order denying his motion to reduce his sentence.  ECF No. 108 (order); ECF No. 109 (notice of appeal).  Because defendant filed the notice of appeal more than 14 days after the order issued, it was untimely under Federal Rule of Appellate Procedure 4(b)(1)(A). Nonetheless, defendant did file the notice of appeal within 30 days after the expiration of the time to file.  *See* Fed. R. App. P. 4(b)(4).  Accordingly, on April 4, 2018, the Ninth Circuit remanded the case to this court for the limited purpose of providing defendant with notice and an opportunity to request that the time for filing the notice of appeal be extended, for a period not to exceed 30 days from the expiration of the time prescribed under Rule 4(b), for excusable neglect or good cause.  *See* Fed. R. App. P. 4(b)(4); *United States v. Ono*, 72 F.3d 101, 103 (9th Cir. 1995); *United States v. Stolarz*, 547 F.2d 108 (9th Cir. 1976).

1

1           The court GRANTS defendant 21 days to file a written request to extend the time

2    for filing his notice of appeal.  The request will be granted only if defendant shows excusable

3    neglect or good cause for filing the notice of appeal beyond the 14 days provided by Federal Rule

4    of Appellate Procedure 4(b)(1)(A).

5           The Clerk of the Court is ORDERED to serve this order on defendant at the

6    following address: Reg. No. 66090-097, United States Penitentiary Atwater, P.O. Box 019001,

7    Atwater, California 95301.

8           IT IS SO ORDERED.

9    DATED:  April 9, 2018.

10

11   _____
     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28