IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 2:11-cr-0227-KJM |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| | ) | **WITHDRAWING THE FEDERAL** |
| vs. | ) | **DEFENDER AS COUNSEL,** |
| | ) | **APPOINTING CJA COUNSEL** |
| DAMIAN LAW, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the Federal Defender, for the reasons set forth in the motion, and good cause appearing,

IT IS HEREBY ORDERED relieving the Federal Defender Office as counsel for Defendant, DAMIAN LAW and appointing CJA attorney John Balazs to assist and represent MR. LAW in responding to this Court's April 9, 2018 order and all further proceedings in this matter.

DATED: April 19, 2018.

_____
UNITED STATES DISTRICT JUDGE