John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
DAMIAN LAW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAMIAN LAW,<br><br>Defendant. | No. 2:11-CR-0227-KJM<br><br>**ORDER** |

For good cause and excusable neglect as shown in defendant's response to extend time to file a notice of appeal, the Court hereby GRANTS defendant's request to extend time to file a notice of appeal from the Court's order denying defendant's motion to reduce sentence under 18 U.S.C. § 3582(c)(2), thereby validating nunc pro tunc defendant's pro se notice of appeal filed at docket 109.

DATED: May 2, 2018.

_____
UNITED STATES DISTRICT JUDGE